UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-06930-ODW (ASx) | Date | October 28, 2024 |
|---|---|---|---|
| Title | *Lamar Myers v. Martha Montano et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**   **In Chambers**

Pursuant to Plaintiff's Notice of Voluntary Dismissal, (ECF No. 21), and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1.  The entire action and all claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**; and

2.  Plaintiff's Motion for Default Judgment is **DENIED** as moot.  (ECF No. 20.)

3.  All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____ : 00

Initials of Preparer   SE